**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| |
|---|
| **HAL LAUGHLIN,** |
| **Plaintiff,** |
| **v.** |
| **THE DUN & BRADSTREET CORPORATION,** |
| **Defendant.** |

**Civil Action No.: 14-6433 (JLL) (JAD)**

**ORDER**

JOSEPH A. DICKSON, U.S.M.J.

This matter comes before the Court by way of Defendant The Dun & Bradstreet Corporation's ("Defendant") Motion to Seal or otherwise restrict public access to the unredacted transcript of the May 26, 2015 status conference. (ECF No. 47). Pursuant to Federal Rule of Civil Procedure 78, the Court did not hear oral argument on Defendant's application. For the reasons stated below, and for good cause shown; and

**WHEREAS** on May 26, 2015 this Court conducted an in-person status conference on the record; and

**WHEREAS** certain references made during that conference are governed by this Court's February 3, 2015 Order Sealing Plaintiff's Complaint. (ECF No. 17); and

**WHEREAS** there, the Court adopted the parties' findings of fact and conclusions of law in accordance with Local Civil Rule 5.3. (Id.); and

**WHEREAS** this Court finds that Local Civil Rule 5.3 has been satisfied here for the same reasons referenced in this Court's February 3, 2015 sealing Order,

1

**IT IS** on this day of December, 2015

    **ORDERED** that Defendant's motion to seal, (ECF No. 47), is **GRANTED**; and it is further

    **ORDERED** that the unredacted version of the transcript, (ECF No. 36), shall remain sealed; and it is further

    **ORDERED** that the following portions of the transcript dated May 26, 2015 are hereby redacted and to remain sealed:

| Transcript Pages and Lines | Identifiers |
|---|---|
| Page 6, Line 25 | From the word "there" through the word "general" |
| Page 7, Lines 1-5 | From the word "time" through the word "if" |
| Page 15, Lines 9-13 | Entire section |

A redacted version of the transcript, in which only the confidential information described above has been redacted, shall be available on the public docket; and it is further

    **ORDERED** that Defendant shall prepare and redact the transcript consistent with the terms of this Order and shall provide the Court reporter with an electronic version of the redacted transcript, if it has not done so already.

                    **SO ORDERED**

                    **JOSEPH A. DICKSON, U.S.M.J.**

cc:    Hon. Jose L. Linares, U.S.D.J.